FILED

07/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0156

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0156

CITY OF GREAT FALLS,

      Plaintiff and Appellee,

  v.

HANNAH ROSE KUNTZ,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including August 14, 2023, within which to prepare, serve, and file the State's response brief.

CL

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 6 2023